Term, Fifth Department. June Term, 1895.) Action by Anna B. Neal against the city of Rochester. No opinion. Judgment affirmed, with costs, on the authority of Smith v. City of Rochester, 92 N. Y. 463, 38 Hun, 612, and 104 N. Y. 674.

NEAL et al., Respondents, v. KERRIGAN, Appellant. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by William H. Neal and others against Christopher Kerrigan. No opinion. Order affirmed, with $10 costs and disbursements.

NEW YORK BANK–NOTE CO., Appellant, v. HAMILTON BANK–NOTE ENGRAVING & PRINTING CO. et al., Respondents. (Supreme Court, General Term, First Department. October 18, 1895.) Appeal from special term, New York county. Action by the New York Bank-Note Company against the Hamilton Bank-Note Engraving & Printing Company and others to restrain defendants from using a printing press bought by it from the Kidder Press Manufacturing Company. From an order denying a motion for leave to renew a motion for an injunction pendente lite, and from such an injunction, plaintiff appeals. Affirmed. For former reports, see 30 N. Y. Supp. 1133, and 31 N. Y. Supp. 1060. Edward P. Lyon, for appellant. William L. Turner, for respondents.

PER CURIAM. The questions are the same as those presented upon the former appeal, and though the plaintiff's position is apparently strengthened by the affidavit of Edgecomb, who, upon the former application, made an affidavit which cannot be entirely reconciled with the one now presented, the same reasons that are enumerated in the opinions upon the former appeal still exist for refusing to determine the questions upon affidavits, and for deferring them until a trial can be had. The facts now relied upon are the same as those formerly presented, the difference consisting in additional evidence now offered in support of plaintiff's view of knowledge on the part of the defendants. No suggestion as to the irresponsibility of the defendants is made. We think, if the same diligence had been exercised in endeavoring to bring the case to trial as has been shown for the purpose of obtaining an adjudication which would determine the merits of the controversy upon affidavits, the rights of the parties should ere this have been adjudged. Our conclusion is that the order appealed from should be affirmed, with $10 costs and disbursements.

NELSON, Respondent, v. VILLAGE OF ONEIDA, Appellant. (Supreme Court, General Term, Fourth Department. February Term, 1895.) Action by Emma F. Nelson against the village of Oneida. No opinion. Judgment and order affirmed, with costs.

NIGGLI, Appellant, v. FOERY et al., Respondents. (Supreme Court, General Term, Fifth Department. March Term, 1895.) Action by Ida Niggli against Frank H. Foery and another. No opinion. Motion for reargument denied. See 31 N. Y. Supp. 931.

OAKES, Respondent, v. KIMMEL, Appellant. (Supreme Court, General Term, Fifth Department. March Term, 1895.) Action by William Oakes against August Kimmel. No opinion. Judgment affirmed.

OISHEI, Respondent, v. OISHEI, Appellant. (Supreme Court, General Term, Fifth Department. June Term, 1895.) Action by Alice L. Oishei against Achille J. Oishei. No opinion. Order affirmed, without costs. DWIGHT, P. J., not voting.

ORVIS v. CURTISS. (Common Pleas of New York City and County, General Term. December 2, 1895.) Action by Charles E. Orvis against William H. Curtiss. No opinion. Motion for leave to appeal to the court of appeals granted.

OSGOODBY, Respondent, v. MILLS, Appellant. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Alfred B. Osgoodby against Edward P. Mills. No opinion. Order affirmed, without costs.

OSMAN et al., Appellants, v. TEETER, Respondent. (Supreme Court General Term, Fourth Department. February Term, 1895.) Action by Anna Osman and another against Henry J. Teeter. No opinion. Judgment and order reversed, and a new trial ordered, with costs to abide the event. Held, that the evidence shows a sufficient consideration for the note.

OSTROM, Appellant, v. SQUIRES, Respondent. (Supreme Court, General Term, Fourth Department. February Term, 1895.) Action by Earl D. Ostrom against Fred. D. Squires. No opinion. Motion denied. See 33 N. Y. Supp. 1131.

OUGH, Respondent, v. FORD, Appellant. (Supreme Court,, General Term, Fifth Department. June Term, 1895.) Action by George W. Ough against William J. Ford, impleaded, etc. No opinion. Order affirmed, without costs.

OVERTON v. BARCLAY et al. (two cases). (Supreme Court, General Term, First Department. November 15, 1895.) Actions by Silas F. Overton against Emily F. Barclay and others, and by the same plaintiff against Annie E. Barclay. No opinion. Motion denied. See 35 N. Y. Supp. 326.

OVERTON, Respondent, v. BARCLAY, Appellant. (Supreme Court, General Term, First Department. October 18, 1895.) Action by Silas F. Overton against Annie E. Barclay. H. H. Snedeker, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.